UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

KATHRYN WOODS and MELISSA WOODS,

                Plaintiffs,

-vs-

TOWN OF CHEEKTOWAGA,
CHEEKTOWAGA POLICE DEPARTMENT,
OFFICER NEIL C. HELD, OFFICER
BRADFORD HEBELER, and JOHN and JANE
DOE,

                Defendants.

**STIPULATION OF DISCONTINUANCE**

Case No. 11-CV-343S

---

     IT IS HEREBY STIPULATED, by and between the undersigned, attorneys of record for Plaintiffs Kathryn and Melissa Woods and Defendants Town of Cheektowaga, Cheektowaga Police Department, Officer Neil C. Held and Officer Bradford Hebeler, to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party hereto has an interest in the subject matter of the action, the above-entitled action against the Defendants Town of Cheektowaga, Cheektowaga Police Department, Officer Neil C. Held and Officer Bradford Hebeler, be and the same hereby is discontinued with prejudice, and without costs to either party as against the other; and it is further

     STIPULATED, this Stipulation may be filed with the Clerk of the Court without further notice.

{H0367892.1}

Dated: August 27, 2013
       Amherst, New York

_____
Jeffrey B. Novak, Esq.
**HoganWillig**
*Attorneys for Plaintiffs*
2410 North Forest Road, Ste. 301
Amherst, New York 14068
(716) 636-7600

Dated: August 29, 2013
       Buffalo, New York

_____
Marylou K. Roshia, Esq.
**Damon Morey LLP**
*Attorneys for Defendants*
200 Delaware Avenue, Suite 1200
Buffalo, NY 14202
(716) 856-5500

{H0367892.1}